| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br>WRIGHT, SUSAN W | 2. Court or Organization<br>DISTRICT COURT-ARKANSAS | 3. Date of Report<br>5/20/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>CHIEF U. S. DISTRICT JUDGE(AC) | 5. ReportType (check appropriate type)<br>○ Nomination, Date 1/24/1990<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>UNITED STATES DISTRICT COURT<br>600 W. CAPITOL AVE., SUITE 522<br>LITTLE ROCK, AR 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | ▆Trust |
| 2. | Trustee | ▆Educational Trust |
| 3. | Trustee | ▆Educational Trust |
| 4. | Trustee | ▆Testamentary Trust |
| 5. | Trustee | ▆Trust |
| 6. | *Trustee | ▆Trust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |

RECEIVED 2005 MAY 25 A 10: 53 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WRIGHT, SUSAN W | 5/20/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | West Publishing Company (royalties) |
| 2. | 2004 | Part-time law practice |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Prudential Na'l Municipal Fund (now Wachovia) | A | Dividend | J | T | | | | | |
| 2. Prudential Money Mart Assets (now Wachovia) | A | Dividend | J | T | | | | | |
| 3. Keystone Precious Metals | A | Dividend | J | T | | | | | |
| 4. Prudential Money Mart Assets (IRA)(now Wachovia) | B | Interest | L | T | | | | | |
| 5. - Ishares Tr S&P Midcap Series | | | | | buy | 2/17 | K | | |
| 6. - Ishares TR Consumer Cyclical | | | | | buy | 2/17 | J | | |
| 7. Bank of America | A | Interest | K | T | | | | | |
| 8. TIAA/CREF S403(b) | A | Interest | O | T | | | | | |
| 9. Bank of America (chkg) Little Rock, AR | A | Interest | J | T | | | | | |
| 10. Regions Bank (CD) Little Rock | A | Interest | J | T | | | | | |
| 11. Blackrock Advan. Term Trust | A | Dividend | J | T | | | | | |
| 12. ████Trust (WA-TR 1) | A | Dividend | K | T | | | | | |
| 13. * - Prudential Money Market Funds (now Wachovia) | | | | | reinvested | 10/7 | | | See L. 29 |
| 14. - U.S. Bank (c.d.) | | | | | buy | 1/24 | J | | |
| 15. - U.S. Bank (c.d.) | | | | | reinvested | 7/24 | J | A | |
| 16. * - Prudential Eq Inc Fund B (now WA money mart fds) | | | | | reinvested | 10/7 | | | See L. 29 |
| 17. * - Templeton Gr Fd Inc | | | | | reinvested | 10/7 | | | See L. 29 |
| 18. - Prudential Muni. Hi Income Ser. A (now WA money mart fd) | | | | | reinvested | 10/7 | | | See L. 29 |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | HI = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.  - Chico's | | | | | buy | 1/26 | J | | |
| 20.  - Dell Inc. | | | | | buy | 6/9 | J | | |
| 21.  - Gap Inc. | | | | | buy | 9/22 | J | | Bought '03 |
| 22.  - GM Corp. | | | | | buy | 5/9 | J | | Bought '03 |
| 23.  - Ishares Cohen & Steers Realty Majors Index Fd | | | | | buy | 7/31 | J | | |
| 24.  - GMAC | | | | | buy | 8/1 | J | | |
| 25.  - Ishares Tr-Dow Jones US Indl Sector Index Fd | | | | | buy | 9/22 | J | | |
| 26.  - Ishares TR Consumer Cyclical | | | | | buy | 1/20 | J | | |
| 27.  - Ishares Tr S&P Midcap | | | | | buy | 8/14 | J | | |
| 28.  - Dillards Cap Tr | | | | | buy | 9/23 | J | | |
| 29.  - Wachovia Money Funds | | | | | | | | | |
| 30.  - Tenn Valley Auth | | | | | buy | 11/22 | J | | |
| 31.  - Regions Bank (chkg.) | A | Interest | J | T | | | | | |
| 32.  - P-B Tax Credit Properties | | | | | sold | 10/8 | J | A | |
| 33.  Wachovia Money Mart Assets (WA II) | A | Interest | J | T | | | | | |
| 34.  1/2 int timber | | None | J | W | | | | | |
| 35.  Severed non-producing min.int. | A | Royalty | J | W | | | | | |
| 36.  Severed producing min. int. (now producing) | A | Royalty | J | W | | | | | Lion Oil |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Severed producing min. int. (now producing) | A | Royalty | K | W | | | | | Black Hills Energy |
| 38. 1/2 int. real estate, Lafayette Co., AR | | None | K | W | | | | | |
| 39. TIAA/CREF 403(b) | A | Interest | N | T | | | | | |
| 40. Monsanto Common Stock | A | Dividend | K | T | | | | | |
| 41. Monsanto | D | Dividend | K | T | | | | | |
| 42. Fidelity Funds (Retirement) | | None | K | T | | | | | |
| 43. Jonesboro AR Res Hsg & Health Care Fac | A | Interest | J | T | | | | | |
| 44. Putnam Fd. for Gwth & Inc. CLB IRA) | B | Dividend | K | T | | | | | |
| 45. Putnam Fd. for Gwth & Inc. CLB IRA | B | Dividend | J | T | | | | | |
| 46. Putnam Fd. for Gwth & Inc. CLB | A | Dividend | J | T | | | | | |
| 47. First Star Bank Little Rock, AR | A | Interest | J | T | | | | | |
| 48. Regions Bank Little Rock, AR | A | Interest | J | T | | | | | |
| 49. Severed non-producing Mineral Interest Nevada Co., AR | | None | J | W | | | | | |
| 50. Ing | B | Interest | K | T | buy | 6/6 | K | | |
| 51. ████ Trust (ST I) | A | Dividend | M | T | reinvested | 5/25 | M | B | See Line 61 below |
| 52. - Am. Opportunities B | | | | | | | | | |
| 53. - Global Div. Growth B | | | | | | | | | |
| 54. - European Growth B | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - Competitive Edge BIP B | | | | | | | | | |
| 56. - Tax-Managed Growth Fund B | | | | | | | | | |
| 57. - Tax Exempt Sec. D | | | | | | | | | |
| 58. - Active Assets | | | | | | | | | |
| 59. - Mid-Cap Equity Tr. B | | | | | | | | | |
| 60. - Tax Managed Gr. Fd. B | | | | | | | | | |
| 61. - MoneyFund 1 | A | Dividend | M | T | bought | 5/25 | M | | See Line 51 above |
| 62. - Air Products & Chemicals Inc. | | | | | | | | | |
| 63. - General Electric Company | | | | | | | | | |
| 64. - Target Corp. | | | | | | | | | |
| 65. - Fair Isaac Inc. | | | | | sold | 08/01 | J | A | |
| 66. - The Coca-Cola Co. | | | | | | | | | |
| 67. - Exxon Mobil Corp. | | | | | | | | | |
| 68. - Kimberly-Clark Corp | | | | | sold | 8/01 | J | A | |
| 69. - Microsoft Corp. | | | | | sold | 12/7 | J | A | |
| 70. - SBC Communications Inc. | | | | | sold | 1/30 | J | A | |
| 71. - Pfizer Inc. | | | | | sold | 12/6 | J | A | |
| 72. - Glaxosmithline PLC - ADR | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Bancorp South Inc. | | | | | sold | 12/7 | J | A | |
| 74. - Bank of America Corp. | | | | | | | | | |
| 75. - Bed Bath & Beyond Inc. | | | | | sold | 5/3 | J | A | |
| 76. - Southern Company | | | | | | | | | |
| 77. - Allstate Corporation | | | | | buy | 7/13 | J | | |
| 78. - Anteon International Corp. | | | | | buy | 12/6 | J | | |
| 79. - The Dow Chemical Co | | | | | buy | 9/23 | J | | |
| 80. - Flir Systems Inc. | | | | | buy | 12/6 | J | | |
| 81. * - General Electric Company | | | | | buy | 12/03 | J | | |
| 82. *- Liberty Property Trust | | | | | buy | 12/03 | J | | |
| 83. - McDonalds Corporation | | | | | buy | 5/3 | J | | |
| 84. - Qualcomm Inc. | | | | | buy | 12/7 | J | | |
| 85. * - Target Corp. | | | | | buy | 12/03 | J | | |
| 86. T.D. Williamson, Inc. C.S. (Ed.) | A | Dividend | K | T | | | | | |
| 87. Oppenheimer Main St. Fd. | A | Dividend | J | T | | | | | |
| 88. Putnam Fd. for Growth & Inc. Cl. B | A | Dividend | J | T | | | | | |
| 89. Regions Bank (formerly First Commercial Bank) mmktacct. | B | Interest | M | T | | | | | |
| 90. Steph. Select Dimensions Annuity | A | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcation (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Municipal Bonds (ST II) | A | Interest | M | T | | | | | |
| 92. - Harris Co. Crim. J. 10-01-23 | | | | | sold | 3/10 | J | A | |
| 93. - Tyler TX Hlth Fasc. Dev Hosp.-B 11-01-27 | | | | | sold | 3/10 | J | A | |
| 94. - Harris Co. Hlth Fac. Dv. Corp. 6-01-24 | | | | | sold | 3/10 | J | A | |
| 95. - Brownsville TX Util Sys. 9-01-15 | | | | | | | | | |
| 96. - San Antonio Hotel Occupancy 8-15-26 | | | | | sold | 3/10 | J | A | |
| 97. - Nueces Riv. Au. Wtr. Fac. 3-01-27 | | | | | sold | 3/10 | J | A | |
| 98. - Coastal Wtr. Au. Houston 12-15-20 | | | | | sold | 3/10 | J | A | |
| 99. - Bexar Cnty Hlth. Dev Baptist 11-15-27 | | | | | sold | 3/10 | J | A | |
| 100. - Harris Cty. Gen Ob. Crim J 10-01-23 | | | | | sold | 3/10 | J | A | |
| 101. - North Cent. Hlth. Fac. 6-01-21 | | | | | sold | 3/10 | J | A | |
| 102. - Azle TX CTFS Golf Course 8-15-25 | | | | | sold | 3/10 | J | A | |
| 103. - Little River AR Rev Bds (refnding Ga.-Pacific Corp) | | | | | | | | | |
| 104. - Hope Arkansas Water & Electric Rev. R | | | | | | | | | |
| 105. - Conway Arkansas Wastewtr Rev | | | | | buy | 3/24 | J | | |
| 106. - Arkansas St Univ Rev Rfdg & Co. | | | | | buy | 4/06 | J | | |
| 107. - Pulaski Cnty Arkansas Pub Facs | | | | | buy | 3/31 | J | | |
| 108. - University of Arkansas Brd Of | | | | | buy | 4/06 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. - Baxter Cnty AR Hosp Rev Ref | | | | | buy | 4/06 | J | | |
| 110. D.W. Active Assets Money Trust B | A | Dividend | J | T | redeemed | 1/5 | J | A | |
| 111. D.W. European Growth (mut.fnds.) | A | Dividend | K | T | redeemed | 1/5 | J | A | |
| 112. D.W. Comp. Edge BIP B (mut. fnds.) | A | Dividend | K | T | redeemed | 1/5 | J | A | |
| 113. D.W. Diversified Ire. Tr. (mut. fnds.) | A | Dividend | J | T | redeemed | 1/5 | J | A | |
| 114. D.W. High Yield Secs. (mut. fnds.) | A | Dividend | K | T | redeemed | 1/5 | J | A | |
| 115. D.W. Spectrum Strategic (mut. fnds.) | A | Dividend | | | redeemed | 1/5 | J | A | |
| 116. MoneyFund 1 | A | Interest | J | T | buy | 1/9 | J | | |
| 117. Putnam OTC Emerg Grwth T.Cl. B | A | Dividend | J | T | | | | | |
| 118. Fundamental Invester, Inc. | A | Dividend | J | T | | | | | |
| 119. Global Marine | A | Dividend | J | T | | | | | |
| 120. New Perspectives Fund Inc. | A | Dividend | J | T | | | | | |
| 121. Oppenheimer Main St. Fund Inc. & Grw. F.Cl. B | A | Dividend | K | T | | | | | |
| 122. Putnam Fd. for Grwth & Inc. Cl B | A | Dividend | K | T | | | | | |
| 123. Washington Mutual Investers | A | Dividend | J | T | | | | | |
| 124. ▮▮▮Testamentary Trust (BW) (ST III and MSDW I) | B | Dividend | K | T | | | | | |
| 125. - Balanced Growth Fund B (MSDW I) | | | | | | | | | |
| 126. - American Oppor. Fd. B - (ST III) | | | | | bought | 12/22 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. - Aggressive Equity Fd. B - (MSDW I) | | | | | | | | | |
| 128. - European Grwth Fd. B (MSDW I) | | | | | | | | | |
| 129. - D.W.Mid-Cap Eq. Trust B (MSDW I) | | | | | redeemed | 12/31 | J | A | |
| 130. - D.W. Competitive Edge BIP B (MSDW I) | | | | | redeemed | 12/31 | J | A | |
| 131. - Washington Mut. Inv. Fd. (ST III) | | | | | | | | | |
| 132. - D.W. Info Fd. B (MSDW I) | | | | | redeemed | 12/31 | J | A | |
| 133. - D.W. Active Asset Money (MSDW I) | | | | | | | | | |
| 134. - Bal. Grwth Fd. B (MSDW I) | | | | | buy | 12/31 | J | | |
| 135. - Money Fund 1 (ST III) | A | Interest | K | T | buy | 12/31 | | | |
| 136. - European Growth Fd. B (ST III) | | | | | redeemed | 12/31 | J | A | |
| 137. - Amer. Fds. Wash. (ST III) | | | | | buy | 1/04 | K | | |
| 138. ▬Trust HMEB (ST IV)(A) | B | Interest | M | T | | | | | |
| 139. - Am. Val. C1 B | | | | | | | | | |
| 140. - Aetna Inc. | | | | | | | | | |
| 141. - Air Prods & Chemicals Inc. | | | | | | | | | |
| 142. - Analog Devices Incorporated | | | | | | | | | |
| 143. - Avon Products Incorporated | | | | | | | | | |
| 144. - Baker-Hughes Inc. | | | | | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000     G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:              J = $15,000 or less      K = $15,001-$50,000       L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                       P4 = $More than $50,000,000

3. Value Method Codes        Q = Appraisal            R = Cost (Real Estate Only)   S = Assessment        T = Cash/Market
   (See Column C2)           U = Book Value           V = Other                 W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. - Bank of America Corp. | | | | | | | | | |
| 146. - Best Buy Inc. | | | | | | | | | |
| 147. - Clear Channel Communications | | | | | | | | | |
| 148. - ConocoPhillips | | | | | | | | | |
| 149. - Danaher Corporation | | | | | | | | | |
| 150. - Dell Inc. | | | | | | | | | |
| 151. - Ebay Inc. | | | | | | | | | |
| 152. - First Data Corporation | | | | | buy | 3/15 | J | | |
| 153. - Genentech Inc. | | | | | buy | 3/15 | J | | |
| 154. - Guidant Corp. | | | | | buy | 4/10 | J | | |
| 155. - Newmont Mining Corporation | | | | | buy | 3/15 | J | | |
| 156. - Nextel Communications Cl A | | | | | buy | 10/14 | J | | |
| 157. - Praxair Inc. | | | | | buy | 10/04 | J | | |
| 158. - Procter & Gamble Company | | | | | buy | 1/13 | J | | |
| 159. - St. Paul Travelers Companies Inc. | | | | | buy | 8/26 | J | | |
| 160. - US Bancorp | | | | | buy | 8/26 | J | | |
| 161. - United Health Group Inc. | | | | | buy | 10/15 | J | | |
| 162. - Royal Caribbean Cruises Ltd. | | | | | buy | 10/15 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WRIGHT, SUSAN-W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. ███ Trust Acct. 2 HMEB ST IV(B) | | Distribution | K | T | cashed out | 5/28 | | | |
| 164. -Van Kampen Aggressive Growth (muni fd.) | | | | | buy | 12/15 | J | | |
| 165. - Active Assets Money T | | | | | | | | | |
| 166. - Unit Series | | | | | | | | | |
| 167. - Unit Sel. Compedge 99-3 | | | | | | | | | |
| 168. Washington Mutual Inv. Fd. (IRA) | A | Dividend | J | T | | | | | |
| 169. Equity Inc. Fd. Sel. Ten '97 Ser. A (IRA) | A | Dividend | J | T | | | | | |
| 170. Fundamental Investor Inc. (IRA) | A | Dividend | J | T | | | | | |
| 171. New Perspective Fd. Inc. (IRA) | A | Dividend | J | T | | | | | |
| 172. Putnam Fd. for Grwth & Inc. C1 B (IRA) | C | Dividend | J | T | | | | | |
| 173. Bristol-Myers Squibb | A | Dividend | J | T | | | | | |
| 174. DD Investment Club | A | Dividend | | | sold | 1/10 | K | A | |
| 175. - Intel | | | | | | | | | |
| 176. - Cisco | | | | | | | | | |
| 177. - Nokia | | | | | | | | | |
| 178. - AOL | | | | | | | | | |
| 179. - Kroger | | | | | | | | | |
| 180. - WalMart | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. - Dynegy | | | | | | | | | |
| 182. - Eden Bio | | | | | | | | | |
| 183. - General Electric | | | | | | | | | |
| 184. - JNJ | | | | | | | | | |
| 185. - Oracle | | | | | | | | | |
| 186. - Pfizer | | | | | | | | | |
| 187. - Red Hat | | | | | | | | | |
| 188. - Regions Bank | | | | | | | | | |
| 189. - SRZ | | | | | | | | | |
| 190. - Pier One | | | | | | | | | |
| 191. - NVR | | | | | | | | | |
| 192. - Drs. Tech | | | | | | | | | |
| 193. - Chico's | | | | | | | | | |
| 194. - A T & T Wireless | | | | | | | | | |
| 195. - Pogo Petroleum | | | | | | | | | |
| 196. - Wash. Mutual | | | | | | | | | |
| 197. Steph. Eq. Tr. Sel. 10 Ind. | A | Dividend | J | T | | | | | |
| 198. Steph. Eq. Tr. Comp. Edge Best Ideas | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. | Steph. Div. Growth B | A | Dividend | J | T | | | | | |
| 200. | MCI Worldcom Inc. | A | Dividend | | | sold | 1/26 | J | A | |
| 201. | Southwest Airlines | A | Dividend | | | sold | 1/26 | J | A | |
| 202. | U.S. West Inc. | A | Dividend | | | sold | 1/26 | J | A | |
| 203. | Worldcom Inc. GA | A | Dividend | | | sold | 1/26 | J | A | |
| 204. | Viacom Inc. B | A | Dividend | | | sold | 2/10 | J | A | |
| 205. | Steph. Bal. Growth C | A | Dividend | L | T | | | | | |
| 206. | Fundamental Investor Inc. | A | Dividend | | | sold | 1/26 | J | A | |
| 207. | John Hancock Fin. Ind. Fd. Cla | A | Dividend | J | T | | | | | |
| 208. | Investment Co. of America | A | Dividend | | | sold | 1/26 | J | A | |
| 209. | Tarrant Cnty. TX Hlth. Facs. Dev. Corp. | A | Dividend | J | T | | | | | |
| 210. | ML PFD Cap. Trust III | A | Dividend | J | T | | | | | |
| 211. | Freddie Mac 1998 Srs. A | A | Dividend | | | sold | 1/26 | J | A | |
| 212. | Chase Manhatten Corp. New | A | Dividend | | | sold | 1/26 | J | A | |
| 213. | Duke Energy Corp. | A | Dividend | | | sold | 1/26 | J | A | |
| 214. | Fannie Mae | A | Dividend | | | sold | 1/26 | J | A | |
| 215. | General Mills Inc. | A | Dividend | | | sold | 2/10 | J | A | |
| 216. | Marsh & McClennan Cos Inc. | A | Dividend | | | sold | 2/10 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. Staples, Inc. | A | Dividend | | | sold | 1/26 | J | A | |
| 218. Time Warner Inc. | A | Dividend | | | sold | 1/26 | J | A | |
| 219. Chevron Corporation | A | Dividend | | | sold | 1/26 | J | A | |
| 220. 3Com Corp. | A | Dividend | | | sold | 2/10 | J | A | |
| 221. Dow Chemical Co. | A | Dividend | | | sold | 2/10 | J | A | |
| 222. Nokia CP Adr | A | Dividend | | | sold | 2/10 | J | A | |
| 223. Citigroup Inc. | A | Dividend | | | sold | 1/26 | J | A | |
| 224. Johnson & Johnson | A | Dividend | | | sold | 1/26 | J | A | |
| 225. Mellon Financial Corp. | A | Dividend | | | sold | 2/11 | J | A | |
| 226. Anheuser Busch Cos Inc. | A | Dividend | | | sold | 2/11 | J | A | |
| 227. Motorola Inc. | A | Dividend | | | sold | 2/10 | J | A | |
| 228. TJX Cos Inc. New | A | Dividend | | | sold | 2/10 | J | A | |
| 229. Warner Lambert Co. | A | Dividend | | | sold | 2/10 | J | A | |
| 230. BMC Software | A | Dividend | | | sold | 1/26 | J | A | |
| 231. Cardinal Health Inc. | A | Dividend | | | sold | 1/26 | J | A | |
| 232. Citrix Systems Inc. | A | Dividend | | | sold | 2/11 | J | A | |
| 233. Compuware Corp. | A | Dividend | | | sold | 2/11 | J | A | |
| 234. EMC Corp. Mass | A | Dividend | | | sold | 2/11 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. International Network Services | A | Dividend | | | sold | 1/26 | J | A | |
| 236. McKesson HBOC Inc. | A | Dividend | | | sold | 1/26 | J | A | |
| 237. Microsoft Corp. | A | Dividend | | | sold | 2/10 | J | A | |
| 238. Wal Mart Stores Inc. | A | Dividend | | | sold | 1/26 | J | A | |
| 239. Lucent Technologies | A | Dividend | | | sold | 3/1 | J | A | |
| 240. Texaco Inc. | A | Dividend | | | sold | 2/28 | J | A | |
| 241. United Technologies Corp. | A | Dividend | | | sold | 3/15 | J | A | |
| 242. WA II | B | Dividend | N | T | | | | | |
| 243. - Cinergy Corp | | | | | sold | 1/26 | J | A | |
| 244. - Bank of America Corp. | | | | | buy | 8/9 | K | | |
| 245. - Chicos Fas Inc. | | | | | buy | 1/26 | J | | |
| 246. - Dominion Resources Inc VA | | | | | sold | 1/26 | J | A | |
| 247. - Devon Energy Corp | | | | | buy | 2/15 | J | | |
| 248. - Dell Inc. | | | | | buy | 6/9 | J | | |
| 249. - Home Depot Inc. | | | | | buy | 12/9 | J | | |
| 250. - Ishares TR-Dow Jones US Basic Materials Sector Index Fd | | | | | buy | 12/10 | J | | |
| 251. - Lyondell Chemical Co. | | | | | buy | 12/9 | J | | |
| 252. - Monsanto Co | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. - Oge Energy Corp | | | | | buy | 10/7 | J | | |
| 254. - Pepsico Incorporated | | | | | | | | | |
| 255. - Southwest Airlines Co. | | | | | | | | | |
| 256. - Wal-Mart Stores Inc. | | | | | | | | | |
| 257. - Wells Fargo Company | | | | | buy | 9/8 | K | | |
| 258. - Dillards Cap Tr | | | | | buy | 9/19 | K | | |
| 259. - Equity Office Prop. | | | | | buy | 7/1 | J | | |
| 260. - General Motors Corp. | | | | | buy | 8/4 | K | | |
| 261. - GMAC | | | | | buy | 8/8 | K | | |
| 262. - Maytag Corp. | | | | | buy | 10/8 | K | | |
| 263. - Merrill Lynch | | | | | buy | 10/08 | K | | |
| 264. - Natl Rurl Utls | | | | | buy | 10/26 | K | | |
| 265. - Northern States Pwr | | | | | buy | 7/9 | J | | |
| 266. - Public Storage | | | | | buy | 7/01 | J | | |
| 267. - Van Kampen Amer. Cap. Senior Income Tr | | | | | buy | 6/14 | J | | |
| 268. - Dow Chemical Co. | | | | | sold | 1/26 | J | A | |
| 269. Duke-Weeks Realty Inv Inc Com New | A | Distribution | | | sold | 1/26 | J | A | |
| 270. HCA - The Healthcare Co | A | Dividend | | | sold | 1/26 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000. | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. Minnesota Mining & Mfg. Co. | A | Dividend | | | sold | 1/26 | J | A | |
| 272. SBC Communications | A | Dividend | | | sold | 1/26 | J | A | |
| 273. Target Corporation | A | Dividend | | | sold | 1/26 | J | A | |
| 274. TXU Corporation | A | Dividend | | | sold | 1/26 | J | A | |
| 275. US Marathon Group | A | Dividend | | | sold | 1/26 | J | A | |
| 276. Dun & Bradstreet Corp New | A | Dividend | | | sold | 1/26 | J | A | |
| 277. Fortune Brands Inc. | A | Dividend | | | sold | 1/26 | J | A | |
| 278. Lincoln National Corp Ind. | A | Dividend | | | sold | 1/26 | J | A | |
| 279. May Department Stores | A | Dividend | | | sold | 1/26 | J | A | |
| 280. McGraw Hill Cos Inc. | A | Dividend | | | sold | 1/26 | J | A | |
| 281. Norfolk Southern Corp. | A | Dividend | | | sold | 1/26 | J | A | |
| 282. PPG Industries Inc. | A | Dividend | | | sold | 1/26 | J | A | |
| 283. St. Paul Companies Inc. | A | Dividend | | | sold | 1/26 | J | A | |
| 284. Columbia/HCA Healthcare Corp. | A | Dividend | | | sold | 1/26 | J | A | |
| 285. Kroger | B | Dividend | | | sold | 1/26 | J | A | |
| 286. Microvision | A | Dividend | | | sold | 1/26 | J | A | |
| 287. Wolverine | A | Dividend | | | sold | 1/26 | J | A | |
| 288. Acxiom | A | Dividend | | | sold | 1/26 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. American International Group Inc. | A | Interest | | | sold | 1/26 | J | A | |
| 290. Anheuser Busch Cos., Inc. | A | Interest | | | sold | 1/26 | J | A | |
| 291. Boeing Co. | A | Interest | | | sold | 1/26 | J | A | |
| 292. Hewlett Packard Co. | A | Interest | | | sold | 1/26 | J | A | |
| 293. General Electric Co. | A | Interest | | | sold | 6/9 | J | A | |
| 294. Fannie Mae | A | Interest | | | sold | 6/9 | J | A | |
| 295. Cardinal Health Inc. | A | Interest | | | sold | 6/9 | J | A | |
| 296. Johnson & Johnson | A | Interest | | | sold | 6/9 | J | A | |
| 297. Marsh & McLennan Cos Inc. | A | Interest | | | sold | 1/26 | J | A | |
| 298. Liberty Property Trust | A | Interest | | | sold | 1/26 | J | A | |
| 299. Philip Morris Cos Inc. | A | Interest | | | sold | 1/26 | J | A | |
| 300. Pharmacia Corp. | A | Interest | | | sold | 1/26 | J | A | |
| 301. Pfizer Inc. | A | Interest | | | sold | 10/29 | J | A | |
| 302. Raytheon Co Com New | A | Interest | | | sold | 1/26 | J | A | |
| 303. Washington Mutual Inc. | A | Interest | | | sold | 1/26 | J | A | |
| 304. ████ Trust (TR C) | B | Dividend | L | T | | | | | |
| 305. - Wyeth | | | | | sold | 1/26 | J | A | |
| 306. - American International Group | | | | | sold | 1/26 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Mobil Corp Delaware | | | | | sold | 1/26 | J | A | |
| 308. - Motorola Inc | | | | | sold | 1/26 | J | A | |
| 309. - Pepsico Inc. NC | | | | | sold | 1/26 | J | A | |
| 310. - Sara Lee Corp. | | | | | sold | 1/26 | J | A | |
| 311. - ITT Industries Inc. | | | | | sold | 1/26 | J | A | |
| 312. - Fox Entrnt Group Inc. Cl A | | | | | sold | 1/26 | J | A | |
| 313. - Baker Hughes Inc. | | | | | | | | | |
| 314. - First Data Corp. | | | | | | | | | |
| 315. - U.S. Bancorp. | | | | | | | | | |
| 316. - American Express | | | | | sold | 3/11 | J | A | |
| 317. - Air Products/Chemials | | | | | | | | | |
| 318. - Entergy Corp. | | | | | | | | | |
| 319. - ConocoPhillips | | | | | | | | | |
| 320. - Avon Products Inc. | | | | | | | | | |
| 321. - Travelers Property & Casualty | | | | | | | | | |
| 322. - Praxair | | | | | | | | | |
| 323. - Newmont Mining Corp. | | | | | | | | | |
| 324. - Clear Channel Comm. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 325. - Bank of America Corp. | | | | | | | | | |
| 326. - Danaher Corp. | | | | | | | | | |
| 327. - Procter & Gamble Co. | | | | | | | | | |
| 328. - Intel Corp. | | | | | sold | 11/30 | J | B | |
| 329. - Best Buy Inc. | | | | | | | | | |
| 330. - Guidant Corp. | | | | | | | | | |
| 331. - Analog Devices Inc. | | | | | | | | | |
| 332. - Genetech Inc. | | | | | | | | | |
| 333. - Interactive Corp. | | | | | sold | 3/11 | J | B | |
| 334. - Ebay Inc. | | | | | | | | | |
| 335. - Piper Joffray Cos. Inc. | | | | | sold | 11/4 | J | A | |
| 336. - United Health Group Inc. | | | | | | | | | |
| 337. - Dell Inc. | | | | | buy | 11/30 | J | | |
| 338. - Aetna | | | | | buy | 3/12 | J | | |
| 339. - Royal Caribbean | | | | | buy | 3/12 | J | | |
| 340. ▓▓▓Trust (Money Market) | A | Dividend | K | T | | | | | |
| 341. - Van Kampen Aggressive Growth Ser | | | | | sold | 4/10 | J | A | |
| 342. - Amer. Opportunities | | | | | sold | 4/10 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. - Dividend Growth Ser. | | | | | sold | 3/10 | J | A | |
| 344. - Intl Fund Ser | | | | | sold | 12/23 | J | A | |
| 345. WA III | B | Dividend | L | T | | | | | |
| 346. - Wells Fargo Company | | | | | buy | 9/9 | J | | |
| 347. - Wyeth | | | | | | | | | |
| 348. - Tarrant Cnty Tex Health Facs Dev Corp Hlth Sys (muni) | | | | | buy | 1/3 | J | | |
| 349. - Money Market Funds | | | | | | | | | |
| 350. (WA IV) | A | Dividend | J | T | | | | | |
| 351. - Oge Energy Corp | | | | | buy | 10/7 | J | | |
| 352. - Monsanto Co Inc New | | | | | buy | 4/30 | J | | |
| 353. - Natl Rurl Utls (End of 9192) | | | | | buy | 12/30 | | | |
| 354. WA- V | E | Dividend | N | T | | | | | |
| 355. - Alexandria Real Estate Equities, Inc. | | | | | buy | 2/27 | J | | |
| 356. - American Finl Realty Tr | | | | | buy | 5/7 | J | | |
| 357. - Archstone-Smith Tr | | | | | buy | 9/15 | J | | |
| 358. - Boston Properties Inc. | | | | | buy | 9/15 | J | | |
| 359. - Brandywine Realty Trust | | | | | buy | 9/22 | J | | |
| 360. - BRE Properties Inc. | | | | | buy | 9/22 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 361. - Carramerica Rlty Corp | | | | | buy | 9/22 | J | | |
| 362. - Catellus Development Corp | | | | | buy | 12/18 | J | | |
| 363. - Centerpoint Pptys Tr | | | | | buy | 12/18 | J | | |
| 364. - Developers Diversified Realty Corp | | | | | buy | 12/18 | J | | |
| 365. - Duke Realty Corp. | | | | | buy | 9/28 | J | | |
| 366. - Equity Residential | | | | | buy | 9/28 | J | | |
| 367. - Essex Property Trust Inc. | | | | | buy | 9/28 | J | | |
| 368. - Extra Space Storage Inc. | | | | | buy | 10/27 | J | | |
| 369. - Fairmont Hotels & Resort Inc. | | | | | buy | 7/6 | J | | |
| 370. - Federal Rlty Invt Tr SBI | | | | | buy | 11/11 | J | | |
| 371. - General Growth Reit Properties Inc. | | | | | buy | 2/12 | J | | |
| 372. - Hilton Hotels Corp | | | | | buy | 2/12 | J | | |
| 373. - Host Marriott Corp New | | | | | buy | 2/12 | J | | |
| 374. - Innkeepers USA Trust | | | | | buy | 8/9 | J | | |
| 375. - Kilroy Rlty Corp. | | | | | buy | 9/22 | J | | |
| 376. - LaSalle Hotel Pptys | | | | | buy | 6/9 | J | | |
| 377. - Macerich Co | | | | | buy | 3/29 | J | | |
| 378. - Pan Pac Retail Pptys Inc. | | | | | buy | 9/10 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN-W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. - Plum Creek Timber Co Inc | | | | | buy | 2/23 | J | | |
| 380. - Prologis Trust New | | | | | buy | 9/22 | J | | |
| 381. - Public Storage Inc. | | | | | buy | 8/27 | J | | |
| 382. - Regency Centers Corp | | | | | buy | 11/05 | J | | |
| 383. - Shurgard Storage Ctrs | | | | | buy | 9/24 | J | | |
| 384. - Simon Property Group Inc New | | | | | buy | 8/26 | J | | |
| 385. - SL Green Rlty Corp | | | | | buy | 8/26 | J | | |
| 386. - Starwood Hotels & Resorts Worldwide Inc | | | | | buy | 10/28 | J | | |
| 387. - The Mills Corporation | | | | | buy | 10/28 | J | | |
| 388. - Trizec Properties Inc | | | | | buy | 12/30 | J | | |
| 389. - United Dominion Rlty Tr Inc | | | | | buy | 6/9 | J | | |
| 390. - Ventas Inc | | | | | buy | 6/9 | J | | |
| 391. - Vornado Realty Tr | | | | | buy | 9/22 | J | | |
| 392. WA VI | B | Dividend | L | T | | | | | |
| 393. - Ishares Tr S&P Midcap 400 Index Fd. | | | | | buy | 2/17 | J | | |
| 394. - Ishares Tr S&P 500 Index Fd. | | | | | buy | 2/17 | J | | |
| 395. - Merrill Lynch Pfd Cap | | | | | buy | 1/12 | J | | |
| 396. - Anheuser Busch Cos Inc. | | | | | sold | 10/8 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 397. - Avery Dennison Corporation | | | | | sold | 10/8 | J | A | |
| 398. - BankAmerica Corp. New | | | | | sold | 10/8 | J | A | |
| 399. - -Chevron Corp. | | | | | sold | 10/8 | J | A | |
| 400. - Duke Energy Corp. | | | | | sold | 10/8 | J | A | |
| 401. - Dunn & Bradstreet CP New | | | | | sold | 10/8 | J | A | |
| 402. - Emerson Electric Co. | | | | | sold | 10/8 | J | A | |
| 403. - Exxon Mobile Corp. | | | | | sold | 10/9 | J | A | |
| 404. - Fannie Mae | | | | | sold | 10/9 | J | A | |
| 405. - General Electric | | | | | sold | 10/9 | J | A | |
| 406. - Household Int'l. Co. | | | | | sold | 10/9 | J | A | |
| 407. - Kimberly Clark Corp. | | | | | sold | 10/8 | J | A | |
| 408. - Lincoln Nat'l. Corp. Ind. | | | | | sold | 10/9 | J | A | |
| 409. - May Dept. Stores | | | | | sold | 10/8 | J | A | |
| 410. - McGraw Hill Cos. Inc. | | | | | sold | 10/8 | J | A | |
| 411. - Minnesota Mining & Mfg. Co. | | | | | sold | 10/9 | J | A | |
| 412. - PPG Industries, Inc. | | | | | sold | 10/9 | J | A | |
| 413. - Merck & Co. | | | | | sold | 10/8 | J | A | |
| 414. - Morgan Stanley Dean Witter Inc. | | | | | sold | 10/9 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller. (if private transaction) |
| 415. - Royal Dutch Pete | | | | | sold | 10/9 | J | A | |
| 416. - SBC Communications | | | | | sold | 10/8 | J | A | |
| 417. - Verizon Communications | | | | | sold | 10/8 | J | A | |
| 418. - Washington Mutual Inc. | | | | | sold | 10/9 | J | A | |
| 419. - Wells Fargo & Co. New | | | | | sold | 10/8 | J | A | |
| 420. - - Zimmer Holdings | | | | | sold | 10/8 | J | A | |
| 421. ST IV | B | Dividend | M | T | | | | | |
| 422. American Intl. Group | | | | | sold | 2/12 | J | A | |
| 423. - Bank of America | | | | | sold | 2/12 | J | A | |
| 424. - Chevron Texaco Corporation | | | | | | | | | |
| 425. - Citigroup | | | | | | | | | |
| 426. - Costco Wholesale Corp. New | | | | | sold | 2/12 | J | A | |
| 427. - General Dynamics | | | | | sold | 11/9 | J | A | |
| 428. - General Electric Co. | | | | | | | | | |
| 429. - Guidant | | | | | sold | 1/26 | J | A | |
| 430. - Microsoft Corp. | | | | | sold | 3/26 | J | A | |
| 431. - Pepsico Inc. NC | | | | | sold | 1/26 | J | A | |
| 432. - Pfizer Inc. | | | | | sold | 9/10 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 433. - Conoco Phillips | | | | | | | | | |
| 434. - Raytheon Co. | | | | | sold | 3/26 | J | A | |
| 435. - State Street Corporation | | | | | sold | 3/26 | J | A | |
| 436. - Chevron Texaco | | | | | | | | | Duplicated (See L. 424 |
| 437. - United Technologies | | | | | sold | 9/10 | J | A | |
| 438. - Cardinal Health | | | | | sold | 1/22 | J | A | |
| 439. - U.S. Bancorp | | | | | sold | 9/7 | J | A | |
| 440. - General Electric | | | | | | | | | Duplicated (See L. 428 |
| 441. - Cisco | | | | | | | | | |
| 442. - Target | | | | | sold | 7/9 | J | A | |
| 443. - Nextel | | | | | sold | 1/13 | J | A | |
| 444. - Wyeth | | | | | sold | 1/26 | J | A | |
| 445. - Comcast Spl. A | | | | | sold | 1/26 | J | A | |
| 446. - Hewlett Packard | | | | | | | | | |
| 447. - Costco Whse. Corp. | | | | | sold | 2/12 | J | A | |
| 448. - Procter & Gamble | | | | | | | | | |
| 449. - EMC Corp. | | | | | sold | 2/12 | J | A | |
| 450. - Lowe's Cos. Inc. | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 451. - CVS | | | | | | | | | |
| 452. - JP Morgan | | | | | | | | | |
| 453. - MBNA | | | | | sold | 3/30 | J | A | |
| 454. - Newell Rubbermaid Inc. | | | | | sold | 3/30 | J | A | |
| 455. - Aflac, Inc. | | | | | buy | 12/7 | J | | |
| 456. - Abbott Laboratories Inc. | | | | | buy | 1/5 | J | | |
| 457. - Amgen Inc. | | | | | buy | 12/13 | J | | |
| 458. - Bank of New York Company Inc. | | | | | buy | 12/9 | J | | |
| 459. - Best Buy Inc | | | | | buy | 9/27 | J | | |
| 460. - Cigna Corporation | | | | | buy | 9/21 | J | | |
| 461. - Eastman Kodak Company | | | | | buy | 10/27 | J | | |
| 462. - Echostar Communications Corp A | | | | | buy | 12/15 | J | | |
| 463. - Fiserv Inc | | | | | buy | 10/6 | J | | |
| 464. - Forest Labs Incorporated | | | | | buy | 1/15 | J | | |
| 465. - Goldman Sachs Group Inc | | | | | buy | 8/16 | J | | |
| 466. - International Business Machines Incorporated | | | | | buy | 1/15 | J | | |
| 467. - Lexmark Intl | | | | | buy | 12/7 | J | | |
| 468. - McDonald's Corporation | | | | | buy | 3/15 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 469. - Morgan Stanley | | | | | buy | 12/27 | J | | |
| 470. - Motorola Incorporated | | | | | buy | 10/20 | J | | |
| 471. - Quest Diagnostics Inc. | | | | | buy | 8/16 | J | | |
| 472. - Southwest Airlines | | | | | buy | 10/27 | J | | |
| 473. - Time Warner Inc. | | | | | buy | 2/12 | J | | |
| 474. - US Bancorp | | | | | buy | 1/13 | J | | |
| 475. - Viacom Inc Class B | | | | | buy | 2/12 | J | | |
| 476. WA - Z | A | Dividend | J | T | reinvested | 10/8 | K | A | See L. 350 |
| 477. American Intl. Group | | | | | | | | | |
| 478. - Avon Products | | | | | | | | | |
| 479. - Boeing Co | | | | | | | | | |
| 480. - Chevron Texaco Corp. | | | | | | | | | |
| 481. - Citigroup Inc. | | | | | | | | | |
| 482. - Costco Wholesale Corp New | | | | | | | | | |
| 483. - Exxon Mobile Corp | | | | | | | | | |
| 484. - Fannie Mae | | | | | | | | | |
| 485. - HCA The Healthcare Co | | | | | | | | | |
| 486. - Johnson and Johnson | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | | | | | | If | | from disclosure | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | H) | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| 491.   - Pfizer Inc. | | | | | | | | | | |
| 492.   - Phillips Petroleum | | | | | | | | | | |
|   - Raytheon Co New | | | | | | | | | | |
|   - Southwest Airlines | | | | | | | | | | |
|   - State Street Corp | | | | | | | | | | |
| 496.   - United Technologies Inc. | | | | | | | | | | |
|   - Viacom Inc B | | | | | | | | | | |
| 498.   - Gannett Co. Inc. DE | | | | | | | | | | |
| 499.   - 3Com Corp. | | | | | | | | | | |
| 500.   - First Union Corp. | | | | | | | | | | |
| 501.   - Freddie Mac | | | | | | | | | | |
| 502.   - Agilent Technologies | | | | | | | | | | |
| 503.   - Bell Atlantic Corp. | | | | | | | | | | |
| 504.   - Staples Inc. | | | | | | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     HI = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN-W - - - | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 505. - America Online | | | | | | | | | |
| 506. ABN Amro Hldgs N V (WA ) | | | | | sold | 3/10 | J | A | |
| 507. - Astrazeneca Plc ADS | | | | | sold | 3/10 | J | A | |
| 508. - Aventis ADS | | | | | sold | 3/10 | J | A | |
| 509. - AXA ADS | | | | | sold | 3/10 | J | A | |
| 510. - Cadbury Schw Plc ADR 10 Ord NW | | | | | sold | 3/10 | J | A | |
| 511. - Canon Inc ADR New | | | | | sold | 3/10 | J | A | |
| 512. - Danske Bk A/S Spon ADR | | | | | sold | 3/10 | J | A | |
| 513. - Deutsche Bank Ag Sp ADR | | | | | sold | 3/10 | J | A | |
| 514. - Diageo PLC Spon ADR New | | | | | sold | 3/10 | J | A | |
| 515. - Endesa SA ADS | | | | | sold | 3/10 | J | A | |
| 516. - Eni Spa Amer Dept Recpt | | | | | sold | 3/10 | J | A | |
| 517. - GlaxoSmithkline PLC ADS 5 | | | | | sold | 3/10 | J | A | |
| 518. - Heineken NV ADR | | | | | sold | 3/10 | J | A | |
| 519. - HSBC Hldgs. | | | | | sold | 3/10 | J | A | |
| 520. - Ing Groep NV ADR | | | | | | | | | |
| 521. - Ing Prime Rate Trust (life ins.-cash val.) | | | | | | | | | |
| 522. - Kao Corp ADR | | | | | sold | 3/10 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 523. - Nestle Spon ADR Rep Reg Shr | | | | | sold | 3/10 | J | A | |
| 524. - Nokia CP ADR | | | | | sold | 3/10 | J | A | |
| 525. - Novartis AG ADR | | | | | sold | 3/10 | J | A | |
| 526. - Royal Dutch Pete NW 1.25 GU | | | | | sold | 3/10 | J | A | |
| 527. - Sanpaolo Int. Spa Ads | | | | | sold | 3/10 | J | A | |
| 528. - Siemens AG ADR New | | | | | sold | 3/10 | J | A | |
| 529. - Societe Generale SP ADR | | | | | sold | 3/10 | J | A | |
| 530. - UBS Ag New | | | | | sold | 3/10 | J | A | |
| 531. - Total Fina Elf SA | | | | | sold | 3/10 | J | A | |
| 532. - Unilever PLC New ADS | | | | | sold | 3/10 | J | A | |
| 533. - American Intl. Group Inc. | | | | | | | | | |
| 534. -CMD IRA Bk Dep Swp | | | | | buy | 3/15 | J | | |
| 535. - AOL Time Warner Inc. | | | | | sold | 3/15 | J | A | |
| 536. - Baxter International Inc. | | | | | sold | 3/15 | J | A | |
| 537. - Celestica Inc | | | | | sold | 3/15 | J | A | |
| 538. - Cisco Systems Inc | | | | | sold | 3/15 | J | A | |
| 539. - Citigroup, Inc. | | | | | sold | 3/15 | J | A | |
| 540. - Costco Wholesale Co. | | | | | sold | 3/15 | J | A | |

1. Income/Gain Codes: A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market
(See Column C2) U = Book Value | V = Other | W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 541. - Dell Computer | | | | | sold | 3/15 | J | A | |
| 542. - Electronic Data Systems | | | | | sold | 3/15 | J | A | |
| 543. - General Electric Co. | | | | | sold | 3/15 | J | | |
| 544. - Gillette Company | | | | | sold | 2/22 | J | A | |
| 545. - Johnson & Johnson | | | | | sold | 3/14 | J | A | |
| 546. - Lowe's Company | | | | | sold | 3/11 | J | A | |
| 547. - Merrill Lynch & Co | | | | | sold | 3/10 | J | A | |
| 548. - Microsoft Corp. | | | | | sold | 3/15 | J | A | |
| 549. - Minnesota Mining Mfg. Co | | | | | sold | 3/15 | J | A | |
| 550. - Morgan Stanley Dean Witter & Co | | | | | sold | 1/26 | J | A | |
| 551. - Oracle Corp. | | | | | sold | 1/31 | J | A | |
| 552. - Pepsico | | | | | sold | 3/11 | J | A | |
| 553. - Pfizer Inc. | | | | | sold | 3/11 | J | A | |
| 554. - Qualcomm Inc. | | | | | sold | 3/11 | J | A | |
| 555. - Schlumberger Ltd. | | | | | sold | 1/26 | J | A | |
| 556. - Solectron Corp Delaware | | | | | sold | 3/11 | J | A | |
| 557. - Tenet Healthcare Corp. | | | | | sold | 3/11 | J | A | |
| 558. - Tyco Intl. Ltd New | | | | | sold | 3/15 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 559. - Veritas Software Corp. | | | | | sold | 3/15 | J | A | |
| 560. - Viacom Class B | | | | | sold | 1/26 | J | A | |
| 561. - Worldcom Inc. Worldcom Group | | | | | sold | 1/26 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WRIGHT, SUSAN W | 5/20/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

Section I. POSITIONS Line 6:  This trust was inadvertently omitted from last year's report, but reported in all previous years.  It still exists, and I remain trustee.

Section VII. INVESTMENTS AND TRUSTS
Lines 13, 16, 17 and 18 - funds rolled into account described on Line 29
Lines 21 and 22 - bought in 2003 but omitted from 2003 report inadvertently
Line 51 funds reinvested into Line 61 account
Lines 81, 82 and 85 -bought in 2003 but omitted from 2003 report in error
Line 471 - stock sold, funds reinvested into account described on Line 351

Prudential Accounts are now Wachovia Accounts with different account numbers

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉        Date _May 20, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544